IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **CRESCENT TOWING and SALVAGE CO.,** INC.<br><br>*Plaintiff*,<br><br>v.<br><br>**M/T NORA, HER BOILERS, HER TACKLE, HER FURNITURE and APPURTENANCES, IN REM and HILTVEIT ASSOCIATES, IN PERSONAM,**<br><br>*Defendant*s. | *Civil Action No.* CV408-164<br><br>In Admiralty |

## DISMISSAL

NOW COMES CRESCENT TOWING and SALVAGE CO., INC., Plaintiff herein, and files this Dismissal of the above-referenced case without prejudice. The Plaintiff files this Dismissal pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i).

This 20th day of August, 2008.

Respectfully submitted,

/s/T. Langston Bass, Jr.
T. Langston Bass, Jr.
P.O. Box 2784
Savannah, Georgia 31402
Phone: (912) 233-3399
Fax: (912) 236-4558
E-mail: tlb@bhrlegal.com
State Bar No.: 041320